UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-cv-607-RJC-DCK

| | |
|---|---|
| MEINEKE CAR CARE CENTERS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| JORGE OMAR MARTINEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** comes before the Court sua sponte. Plaintiff filed its Complaint, (Doc. No. 1), on November 30, 2011 and personally served Defendant on December 8, 2011. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant had until December 29, 2011 to file an Answer to Plaintiff's Complaint. The time has now expired. Plaintiff filed a Motion for Preliminary Injunction on November 30, 2011. (Doc. No. 2). Defendant's time for responding to the Motion has also expired. Plaintiff has not filed a motion for entry of default. See FED. R. CIV. P. 55(a). It is Plaintiff's burden to move this case forward, and Plaintiff will be required to take appropriate action within 14 days.

**IT IS, THEREFORE, ORDERED** that Plaintiff shall file a Motion for Entry of Default within 14 days. **FAILURE TO FILE SUCH A MOTION WITHIN 14 DAYS WILL RESULT IN DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT.**

Signed: February 29, 2012

*Robert J. Conrad, Jr.*
Robert J. Conrad, Jr.
Chief United States District Judge